IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ben Schindler,<br><br>             Plaintiff,<br><br>   vs.<br><br>Cole Holdings Corp., et al.,<br><br>             Defendants. | No. CV-13-00712-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' stipulation for order staying action, and good cause appearing,

**IT IS ORDERED** the Stipulation (**Doc. 77**) is **APPROVED**. This case is stayed until 20 days after a ruling from the Maryland Court concerning final approval of the Settlement.

**IT IS FURTHER ORDERED** no later than 20 days after a ruling from the Maryland Court concerning final approval of the Settlement, the parties shall file a joint status report indicating whether this litigation will proceed. If this litigation will proceed, Plaintiff shall respond to the motion to dismiss within seven days of the filing of the joint status report. If this litigation will not proceed, the parties shall file a stipulation for dismissal within seven days of the filing of the joint status report.

Dated this 13th day of February, 2014.

                                                                        Roslyn O. Silver<br>
                                                  Senior United States District Judge