# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ben Schindler, | No. CV-13-00712-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Cole Holdings Corporation, et al., | |
| Defendants. | |

**IT IS ORDERED** based on the parties' failure to respond to the Court's prior order (Doc. 86) this case is **DISMISSED WITH PREJUDICE**.

Dated this 14th day of April, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge